APPEAL No. 76-102.  JOSEPH A. LANCELLOTTI *et al. v.* ENRICO LANCELLOTTI *et al.* The majority of the court, having considered the reasons set forth in the petition for reargument, are of the opinion that they suggest nothing which in the circumstances warrants a reargument. Accordingly, the petition for reargument is denied. *Moses Kando, William G. Grande*, for plaintiffs. *Francis Cappalli*, for defendant.

APPEAL No. 77-107.  ELIZABETH GAROFANO *v.* JOHN R. PICERNE *et al.* The plaintiff's motion to affirm the judgment below pursuant to Rule 16(g) is granted. However, this order is to apply only to the judgment of the trial justice on preliminary injunction and is without prejudice to further findings and determinations which may be made at the hearing on the merits on permanent injunction. *James P. Quirk*, for plaintiff. *Montaquila, Ciullo & DeFalco, Albert Ciullo, Kenneth J. Rampino*, for defendants.